THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. J. PARK LEWIS et al., Constituting the Board of Trustees of the New York State School for the Blind, Appellants.

*Charitable institutions — State visitation and inspection — authority of State Board of Charities to require monthly written reports.*

People v. Lewis, 203 App. Div. 395, affirmed.
(Argued October 2, 1924; decided October 21, 1924.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 28, 1922, which unanimously affirmed an order of Special Term granting a motion for a peremptory order of mandamus to compel the defendants to make monthly written reports to the State Board of Charities of the condition of the institution, the visits and inspections made by the board of trustees, their attendance at meetings and the minutes thereof.

*John Knight* for appellants.

*Carl Sherman,* Attorney-General (*Edward G. Griffin* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

In the Matter of the Claim of FANNY SNOW against THE UNITED STATES RAILROAD ADMINISTRATION (THE NEW YORK CENTRAL RAILROAD COMPANY), Respondent.

STATE INDUSTRIAL BOARD, Appellant.

*Workmen's compensation — when claim against Federal government for death of railroad employee properly dismissed.*

Snow v. U. S. R. R. Administration, 209 App. Div. 308, affirmed.
(Argued October 2, 1924; decided October 21, 1924.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered March 4, 1924, which reversed an award of the State Industrial Board, made under the Workmen's Compensation Law, and dismissed the claim. It was alleged that